# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **MICHAEL IRIZARRY,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 5:21-cv-1149 ) |
| **KIMBER MFG., INC,** | ) **JURY DEMANDED** ) |
| Defendant. | ) ) ) |

**DEFENDANT KIMBER MFG., INC.'S**

**INDEX OF MATTERS BEING FILED**

In Cause No. 2021CI22238; Michael Irizarry vs. Kimber Mfg., Inc., In the District Court, Bexar County, Texas, 407th Judicial District:

| Exhibit | Document Filed | Date Filed |
|---|---|---|
| A-1 | Bexar County Docket Sheet | ----------- |
| A-2 | Plaintiff's Original Petition | 10/21/21 |
| A-3 | Citation to Kimber Mfg., Inc. | 10/21/21 |
| A-4 | Service of Process on Kimber Mfg., Inc. | 10/28/21 |
| A-5 | Defendant Kimber Mfg., Inc.'s State Notice of Removal | 11/18/21 |

1

Respectfully Submitted,

/s/ Mark D. Wolfe
David M. Prichard
Texas Bar No. 16317900
(210) 477-7401 [Direct]
Email: dprichard@prichardyoungllp.com
Mark Wolfe
Texas Bar No. 24066304
(210) 477-7405 [Direct]
PRICHARD YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216

- and -

Christopher Renzulli (*Pro Hac Vice* to be filed)
Howard B. Schilsky (*Pro Hac Vice* to be filed)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
PH: 914-285-0700
F:   914-285-1213
*Attorneys for Kimber Mfg., Inc.*

**CERTIFICATE OF SERVICE**

I certify that on the **18th** day of **November 2021**, I submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the Court. I hereby certify that I have served all counsel of record in the manner authorized by Federal Rule of Civil Procedure 5(b)(2):

Jason C. Webster
Texas Bar No. 24033318
6200 Savoy, Suite 150
Houston, Texas 77036
Phone: (713) 581-3900
filing@thewebsterlawfirm.com
*Attorney for Plaintiff*

/s/ Mark D. Wolfe
Mark D. Wolfe